**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

MARCIE MCCONNELL,

     Plaintiff,

v.                                                Case No. 17-12869

NATIONWIDE INSURANCE COMPANY
BENEFITS ADMINISTRATIVE COMMITTEE,

     Defendant.
_____/

## JUDGMENT

In accordance with the court's November 13, 2018 "Opinion and Order Overruling Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, Granting Defendant's Motion for Judgment, and Denying Plaintiff's Motion for Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Nationwide Insurance Company Benefits Administrative Committee and against Plaintiff Marcie McConnell.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

Dated: November 13, 2018          By:    s/Lisa Wagner
                                                  Lisa Wagner, Deputy Clerk and
                                                  Case Manager to
                                                  Judge Robert H. Cleland

APPROVED BY:

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE